461 A.2d 875

Commonwealth v. Carrero, Appellant.

. Petition for Allowance of Appeal Denied Feb. 7, 1984.

Submitted June 8, 1982. Nicholas M. Zanakos, Assistant

Public Defender, for appellant; Richard H. Pepper, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.